IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | Case: | 4:20-CR-208 |
| *Plaintiff(s)* | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | Judge: | |
| Timothy Milke | ) | | |
| _____ | ) | | |
| *Defendant(s)* | ) | | |

## DEFENDANT'S MOTION TO CONTINUE JURY TRIAL

COMES NOW, Timothy Milke, by and through their attorney, Christopher Baker of the James Law Firm, for their Motion to Continue Jury Trial states as follows:

1. This case is currently scheduled for jury trial on April 24, 2023 at 09:15 a.m.

2. Defense Counsel has verified with the Government that this motion is unopposed.

3. The Government would request that the time be excluded. The Defense agrees that the time should be excluded.

4. The time period for this delay should be excluded under 18 U.S.C. 3161(h)(7)(a). This subsection applies because an order granted here would be at the request of the Defendant. *Id.* The Defendant waives his right to a speedy trial for the duration of this continuance the additional time caused by this motion is excludable under the Speedy Trial Act.

5. To properly deconflict future scheduling, Defense Counsel would request a setting that deconflict with trials, hearings, and appearances already scheduled.

6. The Defendant in this matter requires the services of an expert in cellular devices and technology. Accordingly, the Defendant requests 30 days to find and retain an expert and 90 days to allow the expert and investigators to properly review and examine the facts and findings.

7. Additionally, Defense Counsel is currently council of record in a capital trial set for August 7 through the 18, 2023 (11PCR-20-57).

8. Defense Counsel is also aware of the importance of this Court's time and calendaring and is making his best effort to not "not obstruct orderly judicial procedure or deprive courts of their inherent power to control the administration of justice." *United States v. Vallery*, 108 F.3d 155, 157 (8th Cir. 1997).  To aid the Court in its current decision, Defense Counsel is providing supplemental information to appropriately address the necessary factors in determining a continuance. *See United States v. Cordy*, 560 F.3d 808 (8th Cir. 2009) (outlining the five relevant factors in a continuance as the nature of the case, diligence of parties, conduct of the parties, effect and disadvantage of granting the continuance, and the asserted need for the continuance.); *see also* 18 U.S.C. 3161(h)(B)(i) – (iv).

9. The nature of this case stems from an alleged recording of an individual below the age of majority.  The videos were allegedly recorded on a cellular device and transmitted over the internet through 3rd party services.  The case has been continued by solely by the defense on one prior occasion from the initial setting.   Aside from the digital evidence in this case, it is not extremely complex, nor does it have a significant number of defendants. The Defendant believes these factors more generally favor a continuance.

10. The Government has, thus far, fully cooperated in this matter and this request for continuance is not based on their contributions or actions to this case.

11. The effect of this continuance is multi-part.  The initial effect is that the overarching public interest in the prompt disposition of criminal cases is slightly extended.   Next, the Court itself is then affected whenever a previously scheduled item is adjusted or moved and availability on the docket is reduced.  Competing alongside these important interests, is the Defendant's right to counsel, and that counsel's ability to provide effective assistance.

12. With the prior interests in mind, Defense Counsel believes that the overall interest for all parties is most appropriately served and balanced by resetting this matter to be heard on a further date. Failure to grant a continuance would prejudice the review of evidence by Defendant as technical expertise is required to appropriately review and analyze Cellebrite data.

13. Defense Counsel has a duty to his client and this Court to inform them if would not be prepared to proceed and to ask for a continuance. *See e.g. United States v.* Phifer, 511 F.2d 960, 1975 U.S. App. LEXIS 16206 (4th Cir. 1975). Defense Counsel has attempted, but has been unable to properly open and review the Cellebrite data. The government is assisting in providing a new location that the evidence can be viewed on, which may have better computer access.

14. Moreover, the request for continuance in this matter is not due to the fault of the Defendant. Here, the Defendant has not made attempts to purposeful induce delay by changing counsel or otherwise attempting to manipulate this Court's calendar. *c.f. United States v. Leavitt*, 608 F.2d. 1290, 1979 (9th Cir. 1979).

15. Finally, the asserted need for the continuance is to allow for effective representation of Defense Counsel's clients. Defense Counsel has brought this motion in good faith and with utmost respect to the Court's docket and continues to firmly believe that the ends of justice are most honorably respected and served if a continuance is issued in this case.

WHEREFORE, Defendant prays that this matter be continued and for all other proper relief.

Dated: March 22, 2023     Respectfully submitted,

/s/ Christopher Baker

Christopher Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Timothy Milke*
chris@jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Telephone: 501-375-0900

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of Defendant Timothy Milke's above motion was electronically filed and served on the Court's electronic filing system. A copy of the filing will be made to any parties not associated with the CM/ECF filing system.

Dated: March 22, 2023                    Respectfully submitted,

/s/ Christopher Baker

Christopher Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Timothy Milke*
chris@jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Telephone: 501-375-0900