# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.  No. 4:20-CR-00208-JM
    4:24-CV-00945-JM

**TIM MILKE**

## ORDER

The standard for evaluating a certificate of appealability petition is set out in 28 U.S.C. § 2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1]

Since Defendant has not made a substantial showing of the denial of any constitutional right, the Motion for Certificate of Appealability (Doc. No. 56) is DENIED.

IT IS SO ORDERED this 30th day of December, 2024.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE

---

[1] *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).